UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
LORRAINE MCNEILL,                   :
                                    :
              Plaintiff,            :         **ORDER**
                                    :
       -against-                    :    **09 Civ. 6406 (BSJ)(MHD)**
                                    :
COMMISSIONER MICHAEL J. ASTRUE,     :
                                    :
              Defendant.            :
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

9/8/09

In light of the Stipulation and Order dated August 18, 2009 and filed on August 31, 2009, it is hereby **ORDERED** as follows:

1. Defendant is to serve and file his answer by no later than **MONDAY, NOVEMBER 16, 2009**.

2. Defendant is to serve his motion for judgment on the pleadings by no later than **MONDAY, DECEMBER 14, 2009**.

3. Plaintiff is to serve his responding papers by no later than **MONDAY, JANUARY 11, 2010**. Defendant's reply will be due no later than **MONDAY, JANUARY 25, 2010**.

DATED: New York, New York
       September 2, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Charles E. Binder, Esq.
Fax: 646-273-2196

Susan D. Baird, Esq.
Fax: 212- 637- 2750